UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 98-8015-Cr-Ryskamp

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVADOR MAGLUTA, *et al.*,

    Defendants.

## NOTICE OF APPEARANCE AS TRIAL COUNSEL

PLEASE TAKE NOTICE that Roy Black, Esq. and the law firm of Black, Srebnick & Kornspan, P.A. enter their appearance for **SALVADOR MAGLUTA** in the District Court as trial counsel only. This appearance does not include an appeal, if any.

    Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By: _____
**ROY BLACK, ESQ.**
Florida Bar No. 126088

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 1998, a copy of the foregoing was mailed to:

Michael Patrick Sullivan, Esq.
Assistant U.S. Attorney
99 N.E. 4th Street
Miami, Florida 33132

Roy Jeffrey Kahn, Esq.
799 Brickell Place
Suite 606
Miami, Florida 33131
**ATTORNEY FOR A. LAMADRIZ**

Thomas Payne, Esq.
3780 W. Flagler Street
Miami, Florida 33134
**ATTORNEY FOR W. PERAZA**

Juan C. Elso, Esq.
3780 W. Flagler Street
Miami, Florida 33134
**ATTORNEY FOR P. ALONSO**

By _____
ROY BLACK, ESQ.
Attorney for Salvador Magluta

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BOULEVARD, SUITE 1300, MIAMI, FLORIDA 33131 ● (305) 371-6421