

FILING FEE
PAID 708419 $75.00
In Forma Pauperis
Carlos Juenke, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 98-8015-Cr-Ryskamp

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVADOR MAGLUTA, *et al.*,

    Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, ROY BLACK, ESQ., respectfully requests this Honorable Court to admit co-counsel, MARTIN WEINBERG, ESQ., *pro hac vice* in this case. Mr. Weinberg is a member in good standing of the Massachusetts Bar, he is familiar with the local rules governing the Southern District of Florida and he has been admitted to practice before this court on behalf of Mr. Magluta in the past.

WHEREFORE, it is respectfully requested that this Honorable Court permit MARTIN WEINBERG, ESQ. to be admitted *pro hac vice* in this case.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By: _____
ROY BLACK, ESQ.
Florida Bar No. 126088

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 1998, a copy of the foregoing was mailed to:

Michael Patrick Sullivan, Esq.
Assistant U.S. Attorney
99 N.E. 4th Street
Miami, Florida 33132

Thomas Payne, Esq.
3780 W. Flagler Street
Miami, Florida 33134
**ATTORNEY FOR W. PERAZA**

Roy Jeffrey Kahn, Esq.
799 Brickell Place
Suite 606
Miami, Florida 33131
**ATTORNEY FOR A. LAMADRIZ**

Juan C. Elso, Esq.
3780 W. Flagler Street
Miami, Florida 33134
**ATTORNEY FOR P. ALONSO**

By _____
ROY BLACK, ESQ.
Attorney for Salvador Magluta